IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ETHAN TODD STEWART, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:15-CV-1125-M |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| TDCJ-CID. | § | |
|     Defendant. | § | |

## ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Amended Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Amended Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Amended Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of October, 2015.

*[Signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**